COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas Alonzo RICHARDSON, Petitioner

No. 183 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

The BRYN MAWR TRUST COMPANY, Respondent

v.

Nancy White QUINN a/k/a Nancy White–Quinn and Occupants, Petitioners

No. 230 MAL 2017

Supreme Court of Pennsylvania.

September 12, 2017

## ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Keith KINARD, Petitioner

No. 162 EAL 2017

Supreme Court of Pennsylvania.

September 13, 2017

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**